**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-1358**

───────────

MISS CATHERINE RANDOLPH,

                Plaintiff - Appellant,

        v.

US ATTORNEY GENERAL DEPARTMENT OF JUSTICE,

                Defendant - Appellee.

───────────

**No. 15-1411**

───────────

CATHERINE DENISE RANDOLPH,

                Plaintiff - Appellant,

        v.

LORETTA E. LYNCH, U.S. Attorney General, Dept. of Justice,

                Defendant - Appellee.

───────────

Appeals from the United States District Court for the District
of Maryland, at Baltimore.  Ellen L. Hollander, District Judge.
(1:15-cv-00916-ELH; 1:15-cv-00982-ELH)

───────────

Submitted:  June 18, 2015              Decided:  June 22, 2015

───────────

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

---

Catherine Denise Randolph, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Catherine Denise Randolph appeals the district court's orders dismissing her complaints for failing to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). We have reviewed the records and find no reversible error. Accordingly, we dismiss the appeals as frivolous for the reasons stated by the district court. Randolph v. Attorney Gen., No. 1:15-cv-00916-ELH (D. Md. Apr. 2, 2015); Randolph v. Lynch, No. 1:15-cv-00982-ELH (D. Md. filed Apr. 9, 2015; entered Apr. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED